IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VANTIVA USA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MALIKIE INNOVATIONS, LTD. AND KEY PATENT INNOVATIONS, LTD.,<br><br>Defendants. | Case No. 1:25-cv-03600-WMR |

## DEFENDANTS' MOTION TO DISMISS, TRANSFER OR STAY PLAINTIFF'S COMPLAINT

Defendants Malikie Innovations, Ltd. and Key Patent Innovations, Ltd., (collectively "Malikie") respectfully move this Court to dismiss Vantiva USA, LLC's ("Vantiva") complaint for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) or transfer to the Eastern District of Texas under 28 U.S.C. § 1631. In the alternative, Malikie moves to dismiss, transfer, or stay under the First-to-File Rule. For the reasons set forth in the accompanying memorandum of law, Malikie respectfully requests that the Court grant this motion and dismiss the complaint for lack of personal jurisdiction, or, in the alternative, transfer or stay the case under the First-to-File Rule.

Dated: October 30, 2025               Respectfully submitted,

*/s/ Christopher T. Giovianzzo*

Matthew G. Berkowitz (*pro hac vice pending*)
mberkowitz@reichmanjorgensen.com
**REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

H. Lamar Mixson
Georgia Bar No. 514012
Christopher T. Giovinazzo
Georgia Bar No. 142165
**BONDURANT, MIXSON
& ELMORE, LLP**
1201 W Peachtree St NW
Suite 3900
Atlanta, GA 30309
Tel: 404-881-4100
mixson@bmelaw.com
giovinazzo@bmelaw.com

*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **DEFENDANTS' MOTION TO DISMISS, TRANSFER OR STAY PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

Dated: October 30, 2025.

*/s/ Christopher T. Giovinazzo*
Christopher T. Giovinazzo
Georgia Bar No. 142165

2